JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>JMKA, LLC, an Illinois limited liability company; KASINDRA ANN MLADENOFF, an individual,<br><br>Defendants. | Case No. 8:24-cv-00806-JWH(ADSx)<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JUDGMENT**<br><br>Complaint Filed: April 11, 2024<br>Trial Date: None |

Pursuant to the Order Granting Parties' Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment and good cause appearing,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is **ENTERED** in this matter, in **FAVOR** of Balboa, and **AGAINST** Defendant Kasindra Ann Mladenoff, an individual ("Mladenoff" or "Defendant"), in the total amount of **$67,674.08**; which is a sum of the following:

   a. compensatory damages in the amount owed of $57,936.00, on the Settlement Agreement (the "Settlement");

   b. attorneys' fees in the amount of $7,814.00 on the Settlement;

   c. prejudgment interest in the amount of $1,420.08, at the statutory rate of ten percent (10%) per annum, from December 30, 2024 (the date of breach), to February 28, 2025 (the date of filing the Stipulation), on the Settlement; and

   d. costs in the amount of $504.00.

2. The Clerk is **DIRECTED** to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: March 4, 2025

_____
JUDGE OF THE US DISTRICT COURT